IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY SMITH,

    Plaintiff,

v.

THOMAS, et al.,

    Defendants.

CIVIL NO. 3:13-CV-01708

(Judge Mariani)

## ORDER

AND NOW, THIS 22nd DAY OF OCTOBER 2013 IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to reconsider (Doc. 15) is **DENIED**.

2. Plaintiff is granted leave to file an Amended Complaint within twenty (20) days of this Order.

/s/ Robert D. Mariani
United States District Judge