IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY SMITH, | : |
| Plaintiff, | : |
| | : CIVIL NO. 3:13-CV-01708 |
| v. | : |
| | : (Judge Mariani) |
| THOMAS, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, TO WIT THIS 20th DAY OF NOVEMBER 2013**, in accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court is directed to redact the pages of the Amended Complaint (Doc. 18) that are actually an amended Complaint for a separate case Plaintiff has pending in this Court (3:13-CV-01486) and file those redacted pages as an Amended Complaint in that action for Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge